**Below is the Order of the Court.**



_____
**Paul B. Snyder
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In Re: | No. 10-47534 |
| LAWRENCE L. CLAFLIN and LYNDA M. CLAFLIN, | ORDER AVOIDING JUDICIAL LIENS PURSUANT TO 11 USC §522(f) |
| Debtors. | |

THIS MATTER having come before this Court on the Motion of Debtors, Lawrence and Lynda Claflin, for an Order to Avoid Judicial Lien of Community South Bank, now known as CB&S Bank, Inc.; Notice of said Motion having been mailed to the attention of the Officer of the Institution of judgment creditor, its attorneys, the Office of the U.S. Trustee and Chapter 7 Trustee, as evidenced in the Declaration of Mailing on file herein; and no objections having been filed; the Court having reviewed the records and files herein and considering itself fully advised in the premises, now, therefore, it is hereby,

///

ORDER AVOIDING JUDICIAL LIENS
PURSUANT TO 11 USC §522(f)

-1-

Law Offices of
**NOEL SHILLITO**, P.S.
1919 NORTH PEARL STREET #C-2
TACOMA, WASHINGTON 98406
(253) 572-4388 • FAX (253) 572-4497

Case 10-47534-PBS    Doc 30    Filed 06/22/15    Ent. 06/22/15 07:53:09    Pg. 1 of 2

ORDERED, ADJUDGED AND DECREED as follows:

1. That the Judicial Lien of Community South Bank, now known as CB&S Bank, Inc. filed in the Superior Court of Pierce County, Washington, under Case No. 09-2-10542-7, Judgment No.09-9-10260-1 on or about August 7, 2009 in the amount of $346,305.28, recorded under Pierce County Auditor's File Number 200908120297 against Debtor's real property located at 4907 147th Street Ct NW, Gig Harbor, WA 98332, APN: 4000660150 and legally described as follows:

> Section 18 Township 22 Range 02 Quarter 34 WELLINGTON RIDGE PHASE II: WELLINGTON RIDGE PHASE II SE OF SW 18-22-02E L 15 EASE OF RECORD (APPROX 14,126 SQ FT) OUT OF 3-021 E-0686 NF 030393 NF

is hereby avoided in its entirety unless this underlying Bankruptcy case is dismissed in which case the lien shall be unaffected by this Order.

/// END OF ORDER ///

Presented by:
LAW OFFICE OF NOEL SHILLITO, P.S.


 /s/ Noel P. Shillito
Noel P. Shillito, WSBA #6764
Attorney for Debtor

ORDER AVOIDING JUDICIAL LIENS
PURSUANT TO 11 USC §522(f)

-2-

Law Offices of
NOEL SHILLITO, P.S.
1919 NORTH PEARL STREET #C-2
TACOMA, WASHINGTON 98406
(253) 572-4388 • FAX (253) 572-4497

Case 10-47534-PBS    Doc 30    Filed 06/22/15    Ent. 06/22/15 07:53:09    Pg. 2 of 2